COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       In re Hugh Larkin, Relator

Appellate case number:    01-15-00392-CV

Trial court case number:   1047713

Trial court:                      County Civil Court at Law No. 4 of Harris County

On April 27, 2015, relator, Hugh Larkin, filed a petition for writ of mandamus seeking to compel the respondent trial court to vacate its orders of March 18 and April 15, 2015, in the above-referenced trial cause number. The trial court's March 18th order overruled relator's attorney-client privilege objections to the real party in interest's discovery requests. The trial court's April 15, 2015 order denied relator's motion for reconsideration of the March 18, 2015 order, ordered relator to produce the requested documents by April 20, 2015, and to pay $500.00 in attorney's fees to the real party in interest by May 1, 2015, if relator fails to comply by the deadline. On April 27, 2015, relator also filed an amended motion for temporary relief seeking a stay of the trial court's March 18 and April 15, 2015 orders, until this Court resolves his mandamus petition.

Accordingly, we **GRANT** the stay and **ORDER** that the trial court's March 18 and April 15, 2015 orders in the above-referenced trial court cause are **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the mandamus petition in this Court is finally decided or the Court otherwise orders the stay lifted. *See id.* Any party may file a motion for reconsideration of the stay. *See id.* at 52.10(c).

Also, though relator's appendix includes a transcript of hearings held by the trial court on January 9 and February 24, 2015, relator's petition, at page 2 n.7, also referred to a hearing set for his motion for reconsideration on April 15, 2015, but did not attach a transcript or state in his certification that a transcript had been ordered or that no relevant testimony was adduced at that hearing. *See* TEX. R. APP. P. 52.3(j), (k)(1)(A), 52.7(a)(2).

Thus, we **ORDER** the relator, **within 10 days of the date of this order,** to file a statement that no relevant testimony was adduced in connection with the matter complained for the reconsideration motion or else to provide evidence of requesting the reporter's record for the April 15, 2015 hearing and payment for or arrangements to pay for the reporter's fee to prepare the reporter's record, preferably on an expedited basis. *See* TEX. R. APP. P. 52.7(a)(2), (b).

Further, the Court requests a response to the petition for writ of mandamus by the real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 30 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
⊠ Acting individually     ☐ Acting for the Court

Date: April 28, 2015